IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 07-174-03** |
| | : | |
| **ROGER CANNON** | : | **NO. 07-181-01** |

**O R D E R**

**AND NOW**, this 14th day of December, 2011, upon consideration of Defendant's Pro Se Motion for Re-Sentencing Pursuant to 18 U.S.C. § 3582(c)(2) (07-cr-174-03 Document No. 168; 07-cr-181-01 Document No. 89, filed October 19, 2011), Defendant's Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (07-cr-174-03 Document No. 171; 07-cr-181-01 Document No. 93, filed November 4, 2011), Government's Response to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (07-cr-174-03 Document No. 174; 07-cr-181-01 Document No. 96, filed November 15, 2011), and Defendant's Reply to Government's Response to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (07-cr-174-03 Document No. 176; 07-cr-181-01 Document No. 98, filed November 29, 2011), for the reasons stated in the Memorandum dated December 14, 2011, **IT IS ORDERED** that Defendant's Pro Se Motion for Re-Sentencing Pursuant to 18 U.S.C. § 3582(c)(2) and Defendant's Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) are **DENIED**.

BY THE COURT:

/s/ Hon. Jan. E. DuBois
**JAN E. DUBOIS, J.**